**NOT FOR PUBLICATION**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRAND STRATEGY, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>CAC PROJECTS, INC. AND GREGORY G. SMITH,<br><br>      Defendants. | Civil Action No. 23-748 (SDW) (AME)<br><br>**ORDER**<br><br>July 21, 2023 |

**WIGENTON**, District Judge.

      Before this Court is Magistrate Judge André M. Espinosa's ("Judge Espinosa's") Report and Recommendation (D.E. 17 ("R&R")), dated July 5, 2023, which recommends that this Court grant Defendants CAC Projects, Inc. and Gregory G. Smith's ("Defendants") Motion to Dismiss (D.E. 5) Plaintiff's Complaint (D.E. 1.). No objections have been filed. This Court has reviewed the reasons set forth by Judge Espinosa in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

      **ORDERED** that Judge Espinosa's R&R is **ADOPTED** as the conclusions of law of this Court, and it is further

      **ORDERED** that Defendants Motion to Dismiss is **GRANTED**.

      **SO ORDERED**.

                                                                          /s/ Susan D. Wigenton
                                                                  **SUSAN D. WIGENTON, U.S.D.J.**

| | |
|---|---|
| Orig:<br>cc: | Clerk<br>Hon. André M. Espinosa, U.S.M.J.<br>Parties |